JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 19 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

### (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, ___ F. Supp. 2d ___ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 7 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-1 - TAG ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

**DISTRICT  DIV. C.A.#**

ALABAMA MIDDLE
    ALM    2   04-711          Alabama Forest Products Industry Workmen's Compensation Self-Insurer's Fund v. Pfizer, Inc., et al.

ALABAMA SOUTHERN
    ALS    1   04-463          Nancy Coleman, et al. v. Pfizer, Inc., et al.

FLORIDA SOUTHERN
    FLS    1   04-22228        Ana Medero, et al. v. Pfizer, Inc., et al.

ILLINOIS NORTHERN
    ILN    1   04-4467         Allied Services Division Welfare Fund v. Pfizer, Inc., et al.

LOUISIANA EASTERN
    LAE    2   04-1735         Linda Rizzo v. Pfizer, Inc.
    LAE    2   04-2087         Tracey Lynn Robichaux, et al. v. Pfizer, Inc.
    LAE    2   04-2509         Louisiana Health Service Indemnity Co. v. Pfizer, Inc., et al.

MISSOURI EASTERN
    ~~MOE    4   04-982~~        ~~Elizabeth Judy v. Pfizer, Inc., et al.~~  Vacated 12/1/04

MISSISSIPPI NORTHERN
    ~~MSN    2   04-255~~        ~~Mary Cooper, et al. v. Pfizer, Inc.~~  Opposed 12/1/04
    ~~MSN    4   04-275~~        ~~Leroy Anderson, et al. v. Pfizer, Inc., et al.~~  Opposed 12/1/04

NEW JERSEY
    NJ     2   04-4236         Steven Kail, et al. v. Pfizer, Inc., et al.
    NJ     2   04-4497         International Union of Operating Engineers Local No. 68 Welfare Fund v. Pfizer, Inc., et al.
    NJ     2   04-4593         Alaska Electrical Pension Fund v. Pfizer, Inc., et al.

OKLAHOMA EASTERN
    OKE    6   04-375          Jerry Hollaway, et al. v. Pfizer, Inc., et al.

TENNESSEE EASTERN
    TNE    2   04-337          Bauda V.L. Sutton v. Pfizer, Inc., et al.

TEXAS EASTERN
    ~~TXE    2   04-309~~        ~~Linda Barker v. Pfizer, Inc., et al.~~  Opposed 12/7/04

Docket as of November 5, 2004 9:36 pm                                  Web PACER (v2.4-EDLA)

# U.S. District Court
## USDC for the Eastern District of Louisiana (Houma)

### CIVIL DOCKET FOR CASE #: 04-CV-1735

04cv12618PBS

### Rizzo v. Pfizer Inc

Filed: 06/22/04
Assigned to: Judge Mary Ann Vial Lemmon
Jury demand: Plaintiff
Demand: $0,000
Nature of Suit: 365
Lead Docket: None
Jurisdiction: Diversity
Dkt# in other court: None
Cause: 28:1332 Diversity-Product Liability

---

| | |
|---|---|
| LINDA RIZZO, individually and on behalf of others similarly situated<br>    plaintiff | Rebecca Cunard<br>225-925-8192 FAX<br>[COR LD NTC]<br>Cunard Law Firm<br>9214 Interline Ave.<br>Baton Rouge, LA 70809<br>225-925-2978 |
| v. | |
| PFIZER INC, individually and as successor in interest to Parke-Davis and Warner Lambert<br>    defendant | Henri Wolbrette, III<br>504-596-2800 FAX<br>[COR LD NTC]<br>Kathleen Ann Manning<br>504-596-2800 FAX<br>[COR]<br>Mindy Brickman Patron<br>504-586-2800 FAX<br>[COR]<br>McGlinchey Stafford, PLLC<br>643 Magazine St.<br>New Orleans, LA 70130-3477<br>504-586-1200 |

## DOCKET PROCEEDINGS

DATE     #   IMG                    DOCKET     ENTRY

| Date | # | Description |
|---|---|---|
| 6/22/04 | 1 | COMPLAINT; 2 summons(es) issued (ijg) [Entry date 06/22/04] |
| 6/22/04 | -- | Payment of filing fee by plaintiff Linda Rizzo in amount of $ 150.00 (ijg) [Entry date 06/22/04] |
| 6/22/04 | 2 | NOTICE by Clerk designating case as a Houma case (ijg) [Entry date 06/22/04] |
| 7/21/04 | 3 | RETURN OF SERVICE of summons and complaint upon defendant Pfizer Inc on 7/20/04 (ijg) [Entry date 07/21/04] |
| 8/9/04 | 4 | First Motion by defendant Pfizer Inc for ext of time and ORDER extending time to answer pla's complaint an addl 20 days by Magistrate Judge Alma Chasez Date Signed: 8/12/04 (ijg) [Entry date 08/13/04] |
| 9/1/04 | 5 | Second Motion by defendant Pfizer Inc and ORDER extending time to answer pla's complaint 20 days from the current response due date of 9/1/04 by Magistrate Judge Alma Chasez Date Signed: 9/2/04 (ijg) [Entry date 09/07/04] |

Case Flags:
MAG-5

END OF DOCKET: 2:04cv1735

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/14/2004 16:00:00 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | docket report | Search Criteria: | 2:04cv01735 |
| Billable Pages: | 2 | Cost: | 0.14 |