# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

LORETTA G. WHYTE
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

December 21, 2004

Mr. Tony Anastas
Clerk, United States District Court
District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, MA 02210

                                      Re:    Multidistrict Litigation No. 1629
                                                 Linda Rizzo
                                                    vs.
                                                 Pfizer, Inc.
                                               Civil Action No. 04-1735 S (5)
                                               Your Case No. C.A. 04cv12618

Dear Mr. Anastas:

      Pursuant to an order of the Multidistrict Litigation Panel to transfer the above-captioned case under Title 28 U.S.C. 1407, to the District of Massachusetts, I am forwarding herewith the entire original record together with a copy of the order of transfer and a certified copy of the docket sheet.

      Please acknowledge receipt on the enclosed copy of this letter.

                                                          Very truly yours,

                                                          LORETTA G. WHYTE, CLERK

                                                          By _____
                                                               Deputy Clerk

Enclosures